FILED

09/28/2023

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 23-0199

# IN THE SUPREME COURT OF THE STATE OF MONTANA

| IN THE MATTER OF THE ESTATE OF:<br><br>LYLE JAMES HEAVY RUNNER,<br><br>Deceased. | DA 23-0199<br><br>**ORDER GRANTING SECOND MOTION FOR EXTENSION OF TIME TO FILE RESPONSE BRIEF** |
| --- | --- |

Upon consideration of Appellee Nakoa Heavy Runner's Second Motion for Extension of Time to File Response Brief, and good cause appearing, IT IS HEREBY ORDERED that Appellee shall have up to and including November 6, 2023 to file his Response Brief.

Electronically signed by:
Mike McGrath
Chief Justice, Montana Supreme Court
September 28 2023